# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| OWEN ODMAN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Atler [sic] and/or Amend Judgment Pursuant to Rule 59(e)" [Doc. 743].

Upon review of the Defendant's motion, the Court finds no basis in law to reconsider its prior Order denying the Defendant's Motion to Correct Error in the Record [Doc. 742].

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Atler [sic] and/or Amend Judgment Pursuant to Rule 59(e)" [Doc. 743] is **DENIED**.

**IT IS SO ORDERED**.

Signed: April 22, 2016

Martin Reidinger
United States District Judge