THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OWEN ODMAN, )<br>)<br>Defendant. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Defendant's Motion for Clarification of Sentence [Doc. 753].

The Defendant asks the Court to clarify the sentence originally imposed on the Defendant in 2001. There is no procedural vehicle by which the Defendant can seek such clarification. <u>See</u> <u>United States v. Hinton</u>, 120 F. App'x 462, 464 (4th Cir. 2005).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Clarification of Sentence [Doc. 753] is **DENIED**.

**IT IS SO ORDERED**.

Signed: September 23, 2016

Martin Reidinger
United States District Judge