# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| OWEN ODMAN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Alter and/or Amend Judgment Per Fed. R. Civ. P. 59(e)," which the Court construes as a Motion for Reconsideration [Doc. 786].

The Defendant moves for reconsideration of the Order denying his Motion for Reduction of Sentence under the First Step Act of 2018. [Doc. 786]. Upon review of the Defendant's Motion, the Court finds no basis in law or fact to reconsider its prior Order. As noted in the Supplemental PSR [Doc. 779], a jury found that the offense involved at least five kilograms of cocaine and at least 1.5 kilograms of cocaine base. Given the drug quantities involved, the Defendant's statutory penalties are not impacted by the First Step Act.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Alter and/or Amend Judgment Per Fed. R. Civ. P. 59(e)," which the Court construes as a Motion for Reconsideration [Doc. 786], is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 25, 2020

Martin Reidinger
United States District Judge