# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| OWEN ODMAN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reconsideration and/or in the Alternative Motion to Alter and/or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e)" [Doc. 829].

The Defendant seeks reconsideration of the Order denying his motion for compassionate release. [Doc. 829]. Upon careful review of the Defendant's motion, the Court finds no basis to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration and/or in the Alternative Motion to Alter and/or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e)" [Doc. 829] is **DENIED**.

**IT IS SO ORDERED**.

Signed: October 9, 2020

Martin Reidinger
Chief United States District Judge