IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| OWEN ODMAN, a/k/a Charles Llewlyn, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Omnibus Motions for Judicial Notice Pursuant to Fed. R. Evid. 201(c) and Supplemental Authorities in Support of Motion for Reconsideration" [Docs. 830, 834], which the Court construes as motions seeking reconsideration of the Order [Doc. 827] denying his motion for compassionate release.

Upon careful review of the Defendant's motions, the Court finds no basis to reconsider its prior Order. Accordingly, the Defendant's motions for reconsideration are denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Omnibus Motions for Judicial Notice Pursuant to Fed. R. Evid. 201(c) and Supplemental Authorities in Support of Motion for Reconsideration" [Docs.

830, 834], which the Court construes as motions seeking reconsideration of the Order [Doc. 827] are **DENIED**.

**IT IS SO ORDERED**.

Signed: November 23, 2020

Martin Reidinger
Chief United States District Judge

2

Case 4:96-cr-00053-MR   Document 841   Filed 11/23/20   Page 2 of 2