**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 4:96-cr-00053-MR-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **OWEN ODMAN, a/k/a Charles** ) | |
| **Llewlyn,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Produce Presentence Investigation Report" [Doc. 854].

The Defendant moves for the Court to release the Revised Supplemental Presentence Report [Doc. 840] to his custodian. For grounds, the Defendant that he needs to review the Revised Supplemental Presentence Report in order to prosecute his current appeal.

For cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 854] is **GRANTED**, and the Clerk of Court is hereby authorized to provide a copy of the Revised Supplemental Presentence Report [Doc. 840] to the Warden of Giles W. Dalby Correctional Institution. The Defendant shall be

permitted to review the Revised Supplemental Presentence Report in the presence of his Case Manager or another appropriate prison official as designated by the Warden, but the Defendant may not retain a copy of it.

**IT IS SO ORDERED.**

Signed: February 9, 2021

Martin Reidinger
Chief United States District Judge

2