# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| OWEN ODMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Clarification of Sentence [Doc. 884].

The Defendant asks the Court to clarify the sentence originally imposed on the Defendant in 2001. There is no procedural vehicle by which the Defendant can seek such clarification. See United States v. Hinton, 120 F. App'x 462, 464 (4th Cir. 2005). In any event, the record in this matter speaks for itself. Accordingly, the Defendant's request for clarification is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Clarification of Sentence [Doc. 884] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 19, 2022

Martin Reidinger
Chief United States District Judge