IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OWEN ODMAN, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion for Leave of Court to File Response . . ." [Doc. 890] and the Defendant's "Motion to Construe . . ." [Doc. 893].

By the present motions, the Defendant requests that the Court vacate its prior Order denying his motion pursuant to Rule 36 of the Federal Rules of Criminal Procedure ("Rule 36 motion") for correction of errors in his Presentence Report so that the Court may first consider the arguments he makes in reply to the Government's opposition to such motion. Alternatively, the Defendant seeks reconsideration of the Court's Order denying his Rule 36 motion based upon his current filings. [Docs. 890, 893].

Having considered the arguments presented in both of the Defendant's motions [Docs. 890, 893], the Court finds no factual or legal basis to reconsider its prior Order denying the Defendant's Rule 36 motion. Accordingly, the Defendant's motions are denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Leave of Court to File Response . . ." [Doc. 890] and the Defendant's "Motion to Construe . . ." [Doc. 893] are **DENIED**.

**IT IS SO ORDERED.**

Signed: September 25, 2022

Martin Reidinger
Chief United States District Judge